*Rivers Buford,* Attorney General, for the motion.

---

H. E. Harned, Appellant, v. Florida Key Company, a corporation, Appellee.

An Appeal from the Circuit Court for the County of Dade.

Appeal dismissed on motion of counsel for Appellee.

*Fred Botts* and *Neill S. Jackson,* for Appellant;

*Burdine & Small,* for Appellee.